IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CAROL D. KEEN**                                                                                       **PLAINTIFF**

**V.**                                              **CASE NO. 5:22-CV-5115**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                                **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this case on December 16, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Magistrate Judge Comstock recommends that the Court grant the Commissioner's Unopposed Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g). Given that the Report and Recommendation advises granting the parties all relief they jointly request, there is no need for further delay. The Court finds the fourteen-day period for objections has effectively been waived by the parties.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Unopposed Motion to Remand (Doc. 14) is **GRANTED**, and the decision of the ALJ is **REVERSED**. This case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 19th day of December, 2022.

/s/ *Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE